AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
APR 29 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States of America
v.
Tensley Antwuane Neal

*Defendant(s)*

Case No. EP: 22-M-00960-ATB

22 MJ 1098

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 18, 2022** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank robbery and incidental crimes |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kyle Antonitis, Special Agent, FBI
*Printed name and title*

Sworn to before me
Oath Telephonically Sworn
Date: 4/29/22
At 4:35 AM/PM
Fed.R.Crim.P 4 1(b)(2)(A)

Date: 4/29/22

_____
Judge's signature

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

City and state: El Paso, Texas

## AFFIDAVIT

I, Kyle Antonitis, being duly sworn, do hereby depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since September 2015. I am currently assigned to the FBI El Paso Division. While employed as an FBI Special Agent, I have been responsible for investigating violations of federal criminal laws over which the FBI has jurisdiction. While employed by the FBI, your affiant has investigated violations of criminal law under Title 18 of the United States Code including Title 18, United States Code Section 1203(a).

2. The statements in this affidavit are based in part on information provided by other law enforcement officers and my experience and background as an FBI Special Agent. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of the Affiant's knowledge about this matter.

3. On April 18, at approximately 1:15 p.m., the El Paso Police Department was notified of a bank robbery at the Wells Fargo Bank, 221 N. Kansas Street, El Paso, Texas. Responding officers were informed that a black male (SUBJECT) had approached one of the bank tellers and told her that he was robbing her and was armed. The SUBJECT used what appeared to be a black jacket conceal his left hand as he demanded all the money from the cash drawer. The SUBJECT was wearing light colored jeans and a black hooded sweatshirt. The bank teller believed the SUBJECT was approximately six feet tall. The SUBJECT had a blue cloth garment wrapped around his face and the hood to his sweatshirt was pulled over his head, thus concealing the entirety of his face except for his eyes.

4. The bank teller, out of fear for her life, provided the SUBJECT with approximately $1910.00 in US currency. A GPS tracking device was included in the bundles of US currency provided to the SUBJECT. The SUBJECT immediately absconded from the scene.

5. FBI agents and El Paso Police Department officers responded to Wells Fargo Bank and reviewed security camera footage of the robbery. Agents additionally located the GPS device associated with the stolen money on North Mesa Street between Texas Avenue and San Antonio Avenue, approximately two blocks away from Wells Fargo Bank. The GPS device was in the vicinity of pieces of shredded US currency. Agents also discovered a blue garment and a black jacket or sweatshirt on Texas Avenue between the Wells Fargo Bank and the discarded GPS device.

6. Wells Fargo Bank is a federally insured bank under the Federal Deposit Insurance Corporation. Its license number is 3511.

7. On April 20, 2022, the United Bank of El Paso, located at 401 E. Main Street, El Paso Texas (approximately one block away from Wells Fargo Bank at 221 N. Kansas Street) contacted the FBI to provide a tip regarding the April 18, 2022 robbery of Wells Fargo Bank. Bank officials stated that a black male wearing light colored jeans, a black sweatshirt and a blue face covering entered the United Bank at approximately 1:06 p.m. on April 18, 2022. The

male looked around the lobby of the bank, saw other customers in the bank, and turned around to walk out of the bank. The male attempted to exit the revolving style front door of the bank, but he pushed on the wrong side of the glass with his hand. The male was not wearing gloves.

8. On April 20, 2022, officers and agents responded to United Bank of El Paso and reviewed security camera footage. The black male on the camera footage appeared identical in clothing and stature to the SUBJECT from the robbery at the Wells Fargo Bank on April 18, 2022. El Paso Police Department crime scene officers were able to obtain a handprint from the revolving front door at United Bank in the same place where the SUBJECT was observed placing his hand on April 18.

9. The El Paso Police Department found a match in law enforcement databases for the SUBJECT'S prints. Agents and officers were thus able to identify the SUBJECT as Tensley Antwuane Neal (NEAL). NEAL had a listed height of five feet, ten inches, and was arrested in Albuquerque, New Mexico in March 2022 for armed robbery. He had since been released from custody on his own recognizance.

10. Based on the facts set forth above, your affiant respectfully submits that there is probable cause to believe that NEAL knowingly violated Title 18, United States Code, Section 2113(a) (using force, violence, or intimidation or the threat thereof, to take, or attempt to take, from the person or presence of another, money that is in the care, custody, or control of a federally insured bank).

Kyle D. Antonitis, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 29th day of April, 2022.

Honorable Anne T. Berton
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

FILED
APR 2 9 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Tensley Antwuane Neal
*Defendant*

Case No. EP: 22-M-00960-ATB

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tensley Antwuane Neal,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2113(a) - Bank robbery and incidental crimes

Date: 4/29/22

Oath Telephonically Sworn
Date: 4/29/22
At 4:25 AM/PM
Fed.R.Crim.P 4 1(b)(2)(A)

*Issuing officer's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*